UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JARED A. MYNATT, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No.1:12-cv-722-TWP-MJD |
| | ) | |
| KEITH BUTTS, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The petitioner's motion for appointment of counsel [Dkt. 11] has been considered.

Appointment of counsel in habeas corpus proceedings is governed by 18 U.S.C. § 3006A(a)(2)(B) ("Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section 2241, 2254, or 2255 of title 28.").

The petitioner seeks relief in this action from a prison disciplinary proceeding. The procedural rights associated with such proceedings are limited. These are claims within the mainstream of *Wolff v. McDonnell,* 418 U.S. 539 (1974) and its progeny. At this stage of the proceedings, the claims asserted by the petitioner do not appear particularly complex and the petitioner has demonstrated his ability to express his claims in an understandable fashion. These are not circumstances showing that it is in the interest of justice to appoint counsel. Accordingly, his motion for appointment of counsel [Dkt. 11] is **denied.**

IT IS SO ORDERED.

Date: 07/13/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Jared A. Mynatt, DOC #120001, Pendleton Correctional Facility,**
　　**Inmate Mail/Parcels, 4490 West Reformatory Road, Pendleton, IN 46064**

Linda.Leonard@atg.in.gov